

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| THOMAS COMPTOIS, | § | No. 08-16-00240-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D05389) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **June 19, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Charles Louis Roberts, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 19, 2017.

IT IS SO ORDERED this 23rd day of May, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.